# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ADAM OLIVEIRA, Individually and on Behalf
of All Others Similarly Situated,

                           Plaintiff,

     v.

HOME LOAN SERVICING SOLUTIONS,
LTD., WILLIAM C. ERBEY, JOHN P. VAN
VLACK, AND JAMES E. LAUTER

                         Defendants.

No. 15-cv-00652-VM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/15

(caption continued on subsequent page)

## ORDER APPOINTING THE INSTITUTIONAL INVESTORS AS LEAD
## PLAINTIFF AND APPROVING SELECTION OF COUNSEL

| | |
|---|---|
| NORVELL BERGLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  v.<br><br>HOME LOAN SERVICING SOLUTIONS, LTD., WILLIAM C. ERBEY, JOHN P. VAN VLACK, AND JAMES E. LAUTER<br><br>            Defendants. | No. 15-cv-00947-VM |

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  v.<br><br>HOME LOAN SERVICING SOLUTIONS, LTD., WILLIAM C. ERBEY, JOHN P. VAN VLACK, AND JAMES E. LAUTER<br><br>            Defendants. | No. 15-cv-01063-VM |

Upon consideration of (1) the Motion filed by the West Palm Beach Police Pension Fund ("WPB Police"), the Fort Lauderdale Police and Firefighters' Retirement System ("FTL P&F"), and The Police Retirement System of St. Louis ("St. Louis Police," and together with WPB Police and FTL P&F, the "Institutional Investors") for appointment as Lead Plaintiff, approval of their selection of Lead Counsel and consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Joseph E. White, III; (4) the Joint Declaration of Jonathan Frost, Michael Dew, and Stephen G. Olish; and (5) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      The Institutional Investors' Motion is **GRANTED**.

2.      The Institutional Investors are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to the Court's Order dated April 2, 2015, consolidating all pending actions filed against Home Loan Servicing Solutions, Ltd. (Dkt. No. 9.)

3.      The Institutional Investors' selection of Lead Counsel is **APPROVED**, and Saxena White P.A. is **APPOINTED** as Lead Counsel for the Class and the Law Offices of Curtis V. Trinko, LLP is **APPOINTED** as Liaison Counsel for the Class.

4.      The consolidated action shall be captioned "*In re Home Loan Servicing Solutions, Ltd. Securities Litigation*", and the file shall be maintained under Master File No. 15-cv-00652 (VM).

    **IT IS SO ORDERED**.

Dated:      April 28, 2015

_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE